*Kane/Diona*

⑦
Amo
2/28/01

| 02/22/01 | | TRANSFER-ADJUSTMENT-FORFEITURE REPORT | | | | |
|---|---|---|---|---|---|---|
| TRNS-ADJ | DATE | FUND | CASE NO | | DEF | AMOUNT |
| | | | SCRANTON | | | 2 |
| 80300216101. | 02/21/01 | 6855XX | 3:01-OP-1 | | 1 | -59.26 |
| 80300216102. | 02/21/01 | 5100PL | | | 0 | 3.61 |
| 80300216103. | 02/21/01 | 0869PL | | | 0 | 28.29 |
| 80300216104. | 02/21/01 | 5100PL | | | 0 | 9.46 |
| 80300216105. | 02/21/01 | 5100PL | | | 0 | 6.15 |
| 80300216106. | 02/21/01 | 5100PL | | | 0 | 11.75 |
| 80300216201. | 02/21/01 | 6855XX | 3:01-OP-1 | | 1 | -30.00 |
| 80300216202. | 02/21/01 | 5100PL | | | 0 | 30.00 |
| 80300216301. | 02/21/01 | 6855XX | 3:01-OP-1 | | 1 | -47.96 |
| 80300216302. | 02/21/01 | 5100PL | | | 0 | 10.00 |
| 80300216303. | 02/21/01 | 5100PL | | | 0 | 5.60 |
| 80300216304. | 02/21/01 | 5100PL | | | 0 | 8.00 |
| 80300216305. | 02/21/01 | 5100PL | | | 0 | 3.63 |
| 80300216306. | 02/21/01 | 5100PL | | | 0 | 11.15 |
| 80300216307. | 02/21/01 | 0869PL | | | 0 | 1.58 |
| 80300216308. | 02/21/01 | 5100PL | | | 0 | 8.00 |
| 80300216401. | 02/21/01 | 6855XX | 3:01-OP-1 | | 1 | -98.87 |
| 80300216402. | 02/21/01 | 0869PL | | | 0 | 1.51 |
| 80300216403. | 02/21/01 | 5100PL | | | 0 | 1.51 |
| 80300216404. | 02/21/01 | 5100PL | | | 0 | 1.51 |
| 80300216405. | 02/21/01 | 0869PL | | | 0 | 3.76 |
| 80300216406. | 02/21/01 | 5100PL | | | 0 | 8.29 |
| 80300216407. | 02/21/01 | 5100PL | | | 0 | 8.78 |
| 80300216408. | 02/21/01 | 5100PL | | | 0 | 7.81 |
| 80300216409. | 02/21/01 | 0869PL | | | 0 | 6.30 |
| 80300216410. | 02/21/01 | 5100PL | | | 0 | 4.69 |
| 80300216411. | 02/21/01 | 0869PL | | | 0 | 6.78 |
| 80300216412. | 02/21/01 | 5100PL | | | 0 | 3.62 |
| 80300216413. | 02/21/01 | 5100PL | | | 0 | 6.38 |
| 80300216414. | 02/21/01 | 0869PL | | | 0 | 10.13 |
| 80300216415. | 02/21/01 | 5100PL | | | 0 | 10.13 |
| 80300216416. | 02/21/01 | 0869PL | | | 0 | 0.90 |
| 80300216417. | 02/21/01 | 0869PL | | | 0 | 10.90 |
| 80300216418. | 02/21/01 | 5100PL | | | 0 | 4.25 |
| 80300216419. | 02/21/01 | 5100PL | | | 0 | 3.02 |
| 80300216420. | 02/21/01 | 5100PL | | | 0 | 8.60 |
| 80300216501. | 02/21/01 | 6855XX | 3:01-OP-1 | | 1 | -19.60 |
| 80300216502. | 02/21/01 | 0869PL | | | 0 | 7.52 |
| 80300216503. | 02/21/01 | 0869PL | | | 0 | 7.52 |
| 80300216504. | 02/21/01 | 5100PL | | | 0 | 4.56 |
| 80300216601. | 02/21/01 | 6855XX | 3:01-OP-1 | | 1 | -50.38 |
| 80300216602. | 02/21/01 | 5100PL | | | 0 | 4.18 |
| 80300216603. | 02/21/01 | 5100PL | | | 0 | 27.00 |
| 80300216604. | 02/21/01 | 5100PL | | | 0 | 2.27 |
| 80300216605. | 02/21/01 | 5100PL | | | 0 | 6.26 |
| 80300216606. | 02/21/01 | 0869PL | | | 0 | 10.67 |
| 80300216701. | 02/21/01 | 504100 | 3:99-CR-235-01 | | 1 | -300.00 |
| 80300216702. | 02/21/01 | 6855XX | 3:99-CR-235-01 | | 1 | 300.00 |

DIVISION TOTAL    0.00

T2161-5   $6.15   1:00-1992   YOUNG