⑧
3-7-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

REGINALD YOUNG,          :
                         :
        Plaintiff        :
                         :
    v.                   :    CIVIL NO. 1:CV-00-1992
                         :
COMMONWEALTH OF PENNSYLVANIA  :    (Judge Kane)
BOARD OF PROBATION AND PAROLE,:
                         :
        Defendant        :

FILED
HARRISBURG, PA

MAR 0 6 2001

MARY E. D'ANDREA, CLERK
PER_____
        DEPUTY CLERK

ORDER

AND NOW, THIS 6th DAY OF ~~FEBRUARY~~ March, 2001, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint (Doc. No. 1) and "Application and Motion for Temporary Restraining Order, Preliminary and Permanent Injunctions and Motion

---

1. Young completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

for a Cum Causa and Show Cause Order with Subpoena Duces Tecum, Submitted in Good Faith, In Forma Pauperis" (Doc. No. 6) on the Defendants named therein.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 6, 2001

Re:   1:00-cv-01992   Young v. Commonwealth of PA B

True and correct copies of the attached were mailed by the clerk to the following:

Reginald Young
SCI-MAHANOY
CP4126
Mahanoy State Correctional Inst.
301 Morea Rd.
Frackville, PA   17931

No doc 6
see Back
sheet

cc:
Judge                             ( )
Magistrate Judge                  ( )
U.S. Marshal                      ( )
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached
                                      U.S. Marshal (

Standard Order 93-5               ( )
Order to Show Cause               (/) with Petition at
                                      to:  US Atty Gen
                                           DA of Count

Bankruptcy Court                  ( )
Other_____       ( )

DATE: _____3/6/01_____         BY: _____
                                          Deputy Clerk

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage)

Article Sent To:

Postage           $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Name (Please Print Clearly) (to be completed by mailer)
Commonwealth of Pa.
Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, July 1999

Total Postage & Fees   $

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, July 1999

Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Name (Please Print Clearly) (to be completed by mailer)
Michael Fisher
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, July 1999