**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Mr. Francis Filipi, Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0001 4826 4890    1-00-cv-1992  SC.Uncle 3-6-01

Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)   B. Date of Delivery   MAR 08 2001
C. Signature   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Michael Fisher, Pa. Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Copy from service label)
7099 3400 0001 4826 4920    1-00-1992   SConle 3-6-01
Form 3811, July 1999   Domestic Return Receipt    102595-00-M-0952

---

3-14-01

FILED
HARRISBURG

MAR 13 2001

MARY E. D'A[...]
Per _____ Deputy

1-00-CV-199[2]

S. Cameo[n]

3-6-01