11

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery MAR 1 2 2001<br>C. Signature<br>X _____  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Commonwealth of Pa<br>Board of Prob & Parole<br>1101 S. Front St<br>NBg Pa 17104-2519 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3400 0001 4826 4869 | 1-00-cv-1992   S. Conde  3-6-01 |
| PS Form 3811, July 1999    Domestic Return Receipt   393 | 102595-00-M-0952 |

FILED
HARRISBURG, PA

APR 04 2001

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

1-00-CV-1992
S. Conde
3-6-01