1:00cv1992
Kane/Dianne

(13)

```
04/18/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                      1

TRNS-ADJ        DATE        FUND     CASE NO            DEF              AMOUNT
****************************************************************************************

                                     SCRANTON

80300221301.    04/12/01    6855XX   3:01-OP-1            1              -46.33
80300221302.    04/12/01    5100PL                        0                8.00
80300221303.    04/12/01    0869PL                        0               13.16
80300221304.    04/12/01    5100PL                        0               12.89
80300221305.    04/12/01    5100PL                        0                7.68
80300221306.    04/12/01    5100PL                        0                4.60
80300221401.    04/12/01    6855XX   3:01-OP-1            1              -80.46
80300221402.    04/12/01    0869PL                        0                1.39
80300221403.    04/12/01    5100PL                        0                5.32
80300221404.    04/12/01    0869PL                        0               14.47
80300221405.    04/12/01    5100PL                        0                6.44
80300221406.    04/12/01    0869PL                        0               46.00
80300221407.    04/12/01    0869PL                        0                6.84
80300221501.    04/12/01    6855XX   3:00-CR-010-05       5              -50.00
80300221502.    04/12/01    504100   3:00-CR-010-05       5               50.00
80300221601.    04/12/01    086900                        0             -105.00
80300221602.    04/12/01    6855XX   3:01-OP-1            1               68.25
80300221603.    04/12/01    0869PL                        0               36.75
90300008601.    04/12/01    3875CC                        0             -100.00

                                              DIVISION TOTAL            -100.00
```

APR 18

T2213-4   $12.89   1:00-1992 YOUNG