```
05/10/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              2

TRNS-ADJ         DATE       FUND    CASE NO       DEF                           AMOUNT
************************************************************************************************
                                                  SCRANTON
8030022390l.   05/09/01   6855XX   3:01-OP-1                           1        -61.63
80300223902.   05/09/01   5100PL                                       0          4.76
80300223903.   05/09/01   5100PL                                       0          5.39
80300223904.   05/09/01   5100PL                                       0         21.22
80300223905.   05/09/01   0869PL                                       0          8.71
80300223906.   05/09/01   5100PL                                       0          7.22
80300223907.   05/09/01   0869PL                                       0          3.72
80300223908.   05/09/01   5100PL                                       0         10.61
80300224001.   05/09/01   0869PL                                       0         -7.46
80300224002.   05/09/01   6855XX   3:01-OP-1                           1         -7.46
80300224102.   05/09/01   0869PL                                       0        -26.21
80300224103.   05/09/01   0869PL                                       0         15.46
80300224201.   05/09/01   6855XX   3:01-OP-1                           1         10.75
80300224202.   05/09/01   5100PL                                       0        -57.70
80300224203.   05/09/01   0869PL                                       0          5.00
80300224204.   05/09/01   5100PL                                       0          6.01
80300224205.   05/09/01   5100PL                                       0          5.70
80300224206.   05/09/01   5100PL                                       0          8.22
80300224207.   05/09/01   5100PL                                       0         13.02
80300224208.   05/09/01   5100PL                                       0         10.00
                                                                       0          9.75

                                                 DIVISION TOTAL                   0.00
```

(15) am 5-16-01

FILED
SCRANTON
MAY 16 2001

T2242-5     $8.22     1:00-1992     Young