```
06/13/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT

TRNS-ADJ         DATE       FUND      CASE NO                DEF      AMOUNT        1
*********************************************************************************
                                      SCRANTON
80300227301.    06/12/01    6855XX    3:01-OP-1               1       -35.11
80300227302.    06/12/01    5100PL                            0         3.92
80300227303.    06/12/01    5100PL                            0         4.56
80300227304.    06/12/01    5100PL                            0         7.03
80300227305.    06/12/01    5100PL                            0         3.00
80300227306.    06/12/01    5100PL                            0         7.43
80300227307.    06/12/01    0869PL                            0         0.57
80300227308.    06/12/01    5100PL                            0         8.60
80300227401.    06/12/01    6855XX    3:01-OP-1               1       -19.77
80300227402.    06/12/01    5100PL                            0         4.22
80300227403.    06/12/01    5100PL                            0         6.31
80300227404.    06/12/01    5100PL                            0         1.41
80300227405.    06/12/01    0869PL                            0         3.21
80300227406.    06/12/01    0869PL                            0         4.62
80300227501.    06/12/01    6855XX    3:01-OP-1               1       -80.76
80300227502.    06/12/01    5100PL                            0         0.86
80300227503.    06/12/01    5100PL                            0         7.68
80300227504.    06/12/01    0869PL                            0        20.02
80300227505.    06/12/01    0869PL                            0         2.00
80300227506.    06/12/01    5100PL                            0         7.20
80300227507.    06/12/01    5100PL                            0         5.77
80300227508.    06/12/01    0869PL                            0         7.66
80300227509.    06/12/01    0869PL                            0        29.57
80300227601.    06/12/01    6855XX    3:01-OP-1               1        -9.67
80300227602.    06/12/01    0869PL                            0         9.67
80300227701.    06/12/01    6855XX    3:00-CR-296-01          1      -100.00
80300227702.    06/12/01    504100    3:00-CR-296-01          1       100.00

                                                   DIVISION TOTAL      0.00
```

T2273-4   $7.03   1:00-1992 Young

FILED SCRANTON JUN 14 2001 PER _____ DEPUTY CLERK