07/16/01          TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                                    1

TRNS-ADJ      DATE      CASE NO      DEF                                    AMOUNT
**************************************************************************************

                                   SCRANTON

80300229701.  07/13/01   3:01-OP-1        1                                -99.08
80300229702.  07/13/01                    0                                  8.12
80300229703.  07/13/01                    0                                  8.06
80300229704.  07/13/01                    0                                  6.80
80300229705.  07/13/01                    0                                  3.80
80300229706.  07/13/01                    0                                 59.43
80300229707.  07/13/01                    0                                  8.27
80300229708.  07/13/01                    0                                  4.60

FUND
68S5XX
5100PL
5100PL
5100PL
5100PL
0869PL
5100PL
5100PL

                         DIVISION TOTAL                                       0.00

F2297-4   $6.80        1:00 - 1992    Young

JUL 16 2001

PER _____ DEPUTY CLERK