PRSLC

```
08/08/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ         DATE       FUND      CASE NO                              DEF        AMOUNT
*********************************************************************************************
                                                SCRANTON
80300261501.    08/07/01    6855XX    3:01-OP-1                             1         -81.49
80300261502.    08/07/01    5100PL                                          0          22.16
80300261503.    08/07/01    5100PL                                          0          10.37
80300261504.    08/07/01    5100PL                                          0          10.54
80300261505.    08/07/01    5100PL                                          0           8.92
80300261506.    08/07/01    5100PL                                          0           5.00
80300261507.    08/07/01    5100PL                                          0           4.75
80300261508.    08/07/01    5100PL                                          0          19.75
80300261601.    08/07/01    6855XX    3:00-CR-010-05                        5         -50.00
80300261602.    08/07/01    504100    3:00-CR-010-05                        5          50.00

                                                                DIVISION TOTAL         0.00
```

T 2015-5    $8.92    1:00-1992  YOUNG

FILED
SCRANTON
AUG 8 2001
Per_____
           DEPUTY CLERK

19
8/9/01