

```
09/17/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                         1

TRNS-ADJ        DATE       FUND    CASE NO        DEF                      AMOUNT
***********************************************************************************
8030264001.    09/14/01   6855XX   3:01-OP-1    SCRANTON          1        -50.02
8030264002.    09/14/01   5100PL                                  0          4.80
8030264003.    09/14/01   5100PL                                  0          4.29
8030264004.    09/14/01   5100PL                                  0          2.88
8030264005.    09/14/01   5100PL                                  0          5.88
8030264006.    09/14/01   5100PL                                  0          9.33
8030264007.    09/14/01   5100PL                                  0          6.96
8030264008.    09/14/01   5100PL                                  0          4.60
8030264009.    09/14/01   5100PL                                  0          8.28
8030264010.    09/14/01   5100PL                                  0          3.00
8030264101.    09/14/01   6855XX   3:01-OP-1                      1        -75.33
8030264102.    09/14/01   5100PL                                  0          6.12
8030264103.    09/14/01   5100PL                                  0          6.87
8030264104.    09/14/01   0869PL                                  0          2.54
8030264105.    09/14/01   5100PL                                  0         20.00
8030264106.    09/14/01   5100PL                                  0          9.74
8030264107.    09/14/01   5100PL                                  0          2.00
8030264108.    09/14/01   6855XX   3:01-OP-1                      1         28.06
8030264201.    09/14/01   5100PL                                  0        -71.09
8030264202.    09/14/01   5100PL                                  0         16.75
8030264203.    09/14/01   0869PL                                  0         10.63
8030264204.    09/14/01   5100PL                                  0          6.90
8030264205.    09/14/01   0869PL                                  0          7.00
8030264206.    09/14/01   5100PL                                  0          3.82
8030264207.    09/14/01   5100PL                                  0          3.96
8030264208.    09/14/01   5100PL                                  0          1.06
8030264209.    09/14/01   0869PL                                  0          6.97
8030264210.    09/14/01   5100PL                                  0          3.37
8030264211.    09/14/01   6855XX   3:01-OP-1                      1        -49.21
8030264301.    09/14/01   5100PL                                  0          7.68
8030264302.    09/14/01   5100PL                                  0          1.52
8030264303.    09/14/01   5100PL                                  0          2.88
8030264304.    09/14/01   5100PL                                  0          6.88
8030264305.    09/14/01   5100PL                                  0         30.25
8030264306.    09/14/01   0869PL

                                        DIVISION TOTAL                       0.00
```

Handwritten notes:
- T2040-7  $6.96
- 1:00-1992  YOUNG
- PRSUC KANE
- FILED SCRANTON SEP 26 2001 PER _____ DEPUTY CLERK
- 10/27/01
- 20