1:00 CV1992

10/10/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| ******** | ******** | ******** | ******** | SCRANTON | ******** |
| 8030026801. | 10/09/01 | 322360 | | 0 | 35.00 |
| 8030026802. | 10/09/01 | 6855XX | | 1 | 35.00 |
| 8030026901. | 10/09/01 | 5100PL | | 0 | -7.35 |
| 8030026902. | 10/09/01 | 0869PL | | 0 | 7.35 |
| 8030026701. | 10/09/01 | 6855XX | | 0 | -10.17 |
| 8030026702. | 10/09/01 | 0869PL | | 0 | 1.44 |
| 8030026703. | 10/09/01 | 0869PL | 3:01-OP-1 | 0 | 6.57 |
| 8030026704. | 10/09/01 | 5100PL | | 1 | -91.18 |
| 8030026705. | 10/09/01 | 6855XX | 3:01-OP-1 | 1 | 2.16 |
| 8030026702. | 10/09/01 | 5100PL | 3:01-OP-1 | 0 | 3.12 |
| 8030026703. | 10/09/01 | 5100PL | | 0 | 2.02 |
| 8030026704. | 10/09/01 | 5100PL | | 0 | 2.88 |
| 8030026705. | 10/09/01 | 5100PL | | 0 | 5.00 |
| 8030026706. | 10/09/01 | 5100PL | | 0 | 6.00 |
| 8030026707. | 10/09/01 | 5100PL | | 0 | 33.03 |
| 8030026708. | 10/09/01 | 5100PL | | 0 | 13.93 |
| 8030026709. | 10/09/01 | 5100PL | | 0 | 4.60 |
| 8030026710. | 10/09/01 | 5100PL | | 0 | 4.80 |
| 8030026711. | 10/09/01 | 5100PL | | 0 | 10.80 |
| 8030026712. | 10/09/01 | 5100PL | | 0 | |

DIVISION TOTAL                                                               0.00

T2671-849     $46.96     1:00-1992 Young

FILED
SCRANTON
OCT 10 2001
PER _____
DEPUTY CLERK