PASLC

```
11/06/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ         DATE      FUND     CASE NO       DEF                      AMOUNT
****************************************************************************************
                                    SCRANTON
8030026910l.  11/05/01  5100PL                     0                        -8.36
8030026910l2. 11/05/01  0869PL                     0                         8.36
803002692201. 11/05/01  6855XX    3:01-OP-1        1                       -92.82
803002692202. 11/05/01  5100PL                     0                         5.05
803002692203. 11/05/01  5100PL                     0                        18.02
803002692204. 11/05/01  5100PL                     0                         6.25
803002692205. 11/05/01  5100PL                     0                         9.00
803002692206. 11/05/01  5100PL                     0                        18.00
803002692207. 11/05/01  0869PL                     0                         8.00
803002692208. 11/05/01  5100PL                     0                         1.81
803002692209. 11/05/01  0869PL                     0                         3.94
803002692210. 11/05/01  5100PL                     0                         6.00
803002692211. 11/05/01  5100PL                     0                        16.75
803002693301. 11/05/01  6855XX    3:01-OP-1        1                       -62.04
803002693302. 11/05/01  5100PL                     0                         7.99
803002693303. 11/05/01  5100PL                     0                         4.35
803002693304. 11/05/01  0869PL                     0                         1.17
803002693305. 11/05/01  5100PL                     0                         7.52
803002693306. 11/05/01  5100PL                     0                         6.76
803002693307. 11/05/01  0869PL                     0                         7.99
803002693308. 11/05/01  0869PL                     0                         0.38
803002693309. 11/05/01  5100PL                     0                         8.57
803002693310. 11/05/01  0869PL                     0                         4.54
803002693311. 11/05/01  0869PL                     0                        12.77

                                              DIVISION TOTAL                0.00
```

1:00-1992 Young

1-1992-1   $80.00

FILED
SCRANTON
NOV 7 2001
PER _____
DEPUTY CLERK

22
BO
11-9-01