00-CV-1992
(23)
KM
1/18/02

PRSLC - Gatusky

```
Thu Jan 10 15:09:00 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.  333 86527
Cashier       rich

Tender Type  CHECK

Check Number: 109346

Transaction Type   AR

D0 Code    Div No     Acct
4667         3        0869PL

Amount         $      8.00

SCI GRATERFORD GRATERFORD, PA 19426

PARTIAL FILING FEE 00-CV-1992 REGINA
LD YOUNG
```

FILED
SCRANTON
JAN 10 2002

DEPUTY CLERK

```
Check No. 109346
Amount$   8.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

INMATES GENERAL WELFARE FUND

109346
8.00