Reginald Young
SCI-MAHANOY
CP4126
Mahanoy State Correctional Inst.
301 Morea Rd.
Frackville, PA  17931

            Re: 1:00-cv-01992

            ----------------------

            ----------------------

Please file all pleadings direct
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smys

----------------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon

-------

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA  18501-1148

OFFICIAL BUSINESS

JAN 3  2002

DEPUTY CLERK

INMATE TRANSFERRED OR RELEASED

Receipt
dtd 1/10/02